C. Brooks Cutter (SBN 121407)
Theresa Barfield (SBN 1885568)
KERSHAW, CUTTER & RATINOFF, LLP
980 Ninth Street, 19th Floor
Sacramento, CA 95814
(916) 448-9800 (Telephone)
(916) 669-4499 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ERIN SULLIVAN,<br><br>  Plaintiff,<br><br>  v.<br><br>STRYKER CORPORATION and DOES 1 through 50, | CASE NO. 1:03-cv-06643 AWI SMS<br><br>**STIPULATION AND SECOND AMENDED SCHEDULING ORDER**<br><br>JUDGE:  Honorable Anthony W. Ishii<br>DEPT:   3 |

**STIPULATION**

Plaintiff Erin Sullivan (hereafter "Plaintiff") and defendant Stryker Corporation (hereafter "Defendant"), by and through their respective counsel of record, hereby stipulate to amending the Court's October 27, 2004 Amended Scheduling Conference Order as follows:

1. <u>Continuance of the Trial Date:</u>

The parties have agreed to seek an approximate six-month continuance of the trial in this matter from September 7, 2005 to a date to be determined by the Court as set forth below. The parties have further agreed to continue all pretrial dates and deadlines accordingly.

Plaintiff requested, and defendant agreed to the proposed continuance, because orthopedic surgeon Airell L. Nygaard, M.D. has recommended that plaintiff undergo left

---

shoulder surgery. Exhibit A to Declaration of Theresa Barfield ("Barfield Decl."). Dr. Nygaard's recommendations have been submitted to worker's compensation for approval of the surgery and Ms. Sullivan is currently waiting for assignment of the surgery date. Barfield Decl.

Ms. Sullivan anticipates that the surgery will be scheduled in July or August of 2005. Id. Ms. Sullivan understands that she will have to undergo approximately 6 months of follow-up treatment post-surgery. Id. It is necessary that the surgery, as well as the follow-up treatment, be completed prior to trial so that the parties may ascertain the full extent of the injuries and damages claimed by the plaintiff. Id. The parties stipulate that an approximate six-month continuance is necessary to allow Ms. Sullivan to undergo the recommended surgery along with follow-up treatment, as well as for the parties to complete any additional discovery arising therefrom. Id.

No prejudice to either party will result from the extension of time hereby requested.

2. Amendment of Scheduling Conference Order:

The parties also stipulate to amend the Court's prior Scheduling Conference Order as set forth below.

**SECOND AMENDED SCHEDULING CONFERENCE ORDER**

A. Completion of All Discovery pertaining to Experts:

Old Date: July 18, 2005

**New Date: NOVEMBER 10, 2005**

B. Disclosure of All Expert Witnesses in Writing:

Old Date: April 11, 2005

**New Date: SEPTEMBER 23, 2005**

C. Supplemental Expert Witnesses in Writing:

Old Date: April 25, 2005

|   |   | New Date: | **OCTOBER 7, 2005** |
|---|---|---|---|
|   | D. | Filing Deadline for Non-dispositive Pretrial and Discovery Motions: |   |
|   |   | Old Date: | July 11, 2005 |
|   |   | **New Date:** | **NOVEMBER 10, 2005** |
|   | E. | Filing Deadline for Dispositive Pretrial Motions: |   |
|   |   | Old Date: | June 17, 2005 |
|   |   | **New Date:** | **DECEMBER 2, 2005** |
|   | F. | Pretrial Conference Date: |   |
|   |   | Old Date: | July 27, 2005 |
|   |   | **New Date:** | **FEBRUARY 23, 2006 at 8:30 A.M.** |

Ten days prior to the pretrial conference, the parties shall exchange the disclosures required pursuant to FRCP 26(a)(3). The parties are ordered to file a Joint Pretrial Statement pursuant to Local Rule 16-281(a)(2). The parties are further ordered to submit an additional copy of their joint pretrial statement on a 3½-inch computer disk formatted for WordPerfect.

|   | G. | Trial Date: |   |
|---|---|---|---|
|   |   | Old Date: | September 7, 2005 at 9:00 a.m. in Department 3 before the Honorable Anthony W. Ishii, United States District Judge. |
|   |   | **New Date:** | **APRIL 4, 2006 at 9:00 A.M.** |

3. Effect of This Order:

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to bring this case to resolution. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately so that adjustments may be made, either by stipulation or by subsequent status conference.

Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations and, where appropriate, attached exhibits which establish good cause for granting the relief requested.

**Failure to comply with this order shall result in the imposition of sanctions.**

SO STIPULATED AND AGREED

DATED: June 10, 2005           SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  /s/ Wayne A. Wolff


Wayne A. Wolff
John Gherini
Attorneys for Defendant
STRYKER CORPORATION


DATED: June 10, 2005           KERSHAW, CUTTER & RATINOFF, LLP


By:   /s/ Theresa Barfield
Theresa Barfield
Attorneys for Plaintiff
ERIC SULLIVAN

IT IS SO ORDERED.

DATED: 6/23/2005

 /s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge