SEDGWICK, DETERT, MORAN & ARNOLD LLP
WAYNE A. WOLFF (Bar No. 161351)
JOHN G. GHERINI (Bar No. 220981)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
STRYKER CORPORATION

FILED
JAN 2 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED
JAN 1 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ERIN SULLIVAN,<br><br>    Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION and DOES 1 through 50,<br><br>    Defendants. | CASE NO. CIV F 03 6643 AWI SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their counsel of record, that they are authorized to enter into this stipulation and that pursuant to the provisions of Federal Rule of Civil Procedure 41, the above-captioned case be dismissed "with prejudice" as to defendant Stryker Corporation.

The Clerk is requested to enter the dismissal accordingly.

DATED: January 10, 2005       KERSHAW, CUTTER, RATINOFF & YORK

By:_____
Theresa Barfield, Esq.
Attorneys for Plaintiff
ERIN SULLIVAN

////

////

1 | DATED: January 17, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Wayne Wolff, Esq.
Attorneys for Defendant
STRYKER CORPORATION

## ORDER

Based on the above stipulation entered into by the parties hereto,

IT IS SO ORDERED

DATED: January 20, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

*Sullivan v. Stryker Corporation*

USDC-NDCA, Case No. Civ. F03-6643 AWI SMS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Embarcadero Center, 16th Floor, San Francisco, California 94111-3628. On January 17, 2006, I served the within document(s):

**STIPULATION AND ORDER FOR DISMISSAL**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Theresa Barfield, Esq.
Kershaw, Cutter, Ratinoff & York LLP
980 9th Street, 19th Floor
Sacramento, CA 95814
916-443-4800
916-669-4499

Attorney for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 17, 2006, at San Francisco, California.

*Kathleen McNulty*
Kathleen McNulty